95 P.3d 27

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 28, 2004**

| | | |
|---|---|---|
| 25352 | Desuacido v. Desuacido | Affirmed |

**July 29, 2004**

| | | |
|---|---|---|
| 25523 | Doe, In re | Affirmed |

**July 30, 2004**

| | | |
|---|---|---|
| 25051 | State v. Poomaihealani | Affirmed |

**August 5, 2004**

| | | |
|---|---|---|
| 25355 | State v. Davis | Affirmed |

**August 9, 2004**

| | | |
|---|---|---|
| 25261 | State v. Vela | Affirmed |